1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7  JOHN HARDY,                          )
                                        )   NO. **CV-10-5086-LRS**
8         Plaintiff,                    )
                                        )   **ORDER GRANTING**
9      v.                               )   **MOTION FOR PROTECTIVE**
                                        )   **ORDER**
10                                      )
   BNSF RAILWAY COMPANY,                )
11 a Delaware corporation,              )
                                        )
12        Defendant.                    )
   _____   )
13

14      **BEFORE THE COURT** is the Plaintiff's Motion For Protective Order
(ECF No. 40).  This motion was heard with telephonic oral argument on August
15
11, 2011 before the Honorable Magistrate Judge James P. Hutton.  James K.
16
Vucinovich, Esq., argued for Plaintiff.  Jeremy Rogers, Esq. and William
17
Montgomery, Esq.,  argued for Defendant.
18
        For the reasons set forth at the hearing, the Motion For Protective Order
19
(ECF No. 40) is **GRANTED with respect to the deposition of Dr. Keifer**
20
**previously set for August 12, 2011 only.**  Defendant will RE-SET Dr. Keifer's
21
telephonic deposition for **August 18, 2011 at 9:00 a.m. PST**.
22
        **IT IS SO ORDERED**.  The District Executive is directed to enter this order
23
and forward copies to counsel.
24
        **DATED** this 11TH of August, 2011.
25

26                              s/James P. Hutton
                            JAMES P. HUTTON
27                        United States Magistrate Judge
28

**ORDER GRANTING MOTION**
**FOR PROTECTIVE ORDER -1/1**